KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.
1814 Franklin Street, Suite 210
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 465-0017
kat@siegfriedlegal.com

MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8825
Facsimile: 415-744-0134

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE BROWDER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 14-CV-03696-KAW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY DAY EXTENSION FOR PLAINTIFF TO FILE HIS MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Plaintiff MICHAEL W. BROWDER (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days to file Plaintiff's Motion For Summary Judgment. The current due date is January 2, 2015. The new due date will be February 2, 2015. This is the first extension of time requested by Plaintiff. Plaintiff requests this extension because

STIPULATION                             1                    (CIVIL NO. 14-CV-03696-KAW)

Plaintiff's counsel is a solo practitioner, did not represent Plaintiff at the administrative hearing and needs additional time to thoroughly review the administrative record before preparing the Motion for Summary Judgment. Additionally, Plaintiff's counsel will be out of town from December 29th through January 2nd.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, with February 2, 2015 set for Plaintiff's Motion for Summary Judgment, March 2, 2015 for Defendant's Cross Motion/Motion for Summary Judgment and March 16, 2015 for Plaintiff's Reply.

Date: December 9, 2014　　　　　　　　　　　KATHERINE SIEGFRIED
　　　　　　　　　　　　　　　　　　　　　　Law Office of Katherine Siegfried, Esq.

　　　　　　　　　　　　　　　　　By:　　/s/  *Katherine Siegfried\**
　　　　　　　　　　　　　　　　　　　　Katherine Siegfried
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

Date: December 9, 2014　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/Jennifer Lee Tarn
　　　　　　　　　　　　　　　　　　　　JENNIFER LEE TARN
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

OF COUNSEL TO DEFENDANT:

　　　DONNA L. CALVERT
　　　Acting Regional Chief Counsel, Region IX

**\* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

1
2
## ORDER
3
4 PURSUANT TO THE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT, IT IS SO ORDERED.
5
6 Dated: 12/10/14                                   _____
7                                                    HON. Magistrate Judge Kandis A. Westmore
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION                                3                    (CIVIL NO. 14-CV-03696-KAW)