1  MELINDA L. HAAG
   California State Bar No. 132612
2  United States Attorney
3  DONNA L. CALVERT
   Illinois State Bar No. 6191786
4  Regional Chief Counsel, Region IX
   Social Security Administration
5  JENNIFER LEE TARN
   California State Bar No. 240609
6         Special Assistant United States Attorney
7         160 Spear Street, Suite 800
          San Francisco, California 94105
8         Telephone: (415) 977-8825
          Facsimile: (415) 744-0134
9         E-Mail: Jennifer.Tarn@ssa.com

10 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WAYNE BROWDER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. 4:14-CV-03696-KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE OPPOSITION AND/OR CROSS-MOTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED, by and between Michael Wayne Browder (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to respond to Plaintiff's Motion For Summary Judgment.

　　　The current deadline for Defendant's brief is March 2, 2015.  The new deadline will be April 1, 2015.  Plaintiff's reply, if any, will be due on April 15, 2015.  This is the first extension of time requested by Defendant.  Defendant requests this extension of time because this case is

being transferred to a new attorney who requires additional time to review the record and draft her response.

Date:   February 20, 2015                              Respectfully submitted,

                                                       LAW OFFICE OF KATHERINE SIEGFRIED

      /s/ *Katherine Rose Siegfried*
KATHERINE ROSE SIEGFRIED
[* As authorized by e-mail on February 20, 2015]
Attorneys for Plaintiff
MICHAEL WAYNE BROWDER

Dated:  February 20, 2015                              Respectfully submitted,

MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant U.S. Attorney
Attorneys for Defendant
CAROLYN W. COLVIN,
Acting Commissioner of Social Security

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/20/15                              _____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER                              (CASE NO. 4:14-CV-03696-KAW)