KATHERINE R. SIEGFRIED, SBN 250558
Law Office of Katherine Siegfried
1814 Franklin St., Suite 210
Oakland, CA 94612
Phone: (510) 465-0018
Fax: (510) 465-0017
kat@siegfriedlegal.com
Attorneys for Plaintiff

BRIAN STRETCH, CSBN 163973
United States Attorney
SARA WINSLOW, DCBN 457643
Chief, Civil Division
DEBORAH STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8981
   Facsimile:  (415) 744-0134
   Email:  Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWDER,<br><br>   Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 4:14-CV-03696-KAW<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Stip. for EAJA Fees, 4:14-CV-03696-KAW

1

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Michael Browder (Plaintiff) be awarded attorney fees and expenses in the amount of SIX THOUSAND, ONE HUNDRED, EIGHTY-TWO DOLLARS AND FIFTY-EIGHT CENTS ($6,182.58) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to the Law Office of Katherine Siegfried.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to the Law Office of Katherine Siegfried, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to the Law Office of Katherine Siegfried.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including the Law Office of Katherine Siegfried may have relating to EAJA attorney fees in connection with this action.

///

///

///

Stip. for EAJA Fees, 4:14-CV-03696-KAW

This award is without prejudice to the rights of counsel and/or the Law Office of Katherine Siegfried to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 25, 2016                          LAW OFFICE OF KATHERINE SIEGFRIED

                                               By:   */s/ Katherine Siegfried*
                                                     Katherine Siegfried
                                                     Attorneys for Plaintiff
                                                     [*Authorized by email on March 25, 2016]

Dated: March 25, 2016                          BRIAN STRETCH
                                               United States Attorney
                                               SARA WINSLOW
                                               Chief, Civil Division

                                               By:   /s/ *Sundeep Patel*
                                                     SUNDEEP PATEL
                                                     Special Assistant U.S. Attorney
                                                     Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
Margaret Branick-Abilla
Assistant Regional Counsel

Stip. for EAJA Fees, 4:14-CV-03696-KAW

KATHERINE R. SIEGFRIED, SBN 250558
Law Office of Katherine Siegfried
1814 Franklin St, Suite 210
Oakland, CA 94612
Phone: (510) 465-0018
Fax: (510) 465-0017
kat@siegfriedlegal.com
Attorneys for Plaintiff

BRIAN STRETCH, CSBN 163973
United States Attorney
SARA WINSLOW, DCBN 457643
Chief, Civil Division
DEBORAH STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    Email:  Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWDER, | CIVIL NO. 4:14-CV-03696-KAW |
|     Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
|     Defendant. | |

[PROPOSED] ORDER, 4:14-CV-03696-KAW

1

1  Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses
2  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees and
3  expenses in the amount of $6,182.58 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms
4  of the Stipulation.

Dated: 3/25/16

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER, 4:14-CV-03696-KAW

2